# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 19-12295-RGS

LAUREN GREENE

v.

STATE OF MASSACHUSETTS

ORDER

February 21, 2020

On November 20, 2019, *pro se* plaintiff Lauren Greene, a resident of Washington, D.C., with a temporary address in Massachusetts, filed a complaint against the State of Massachusetts. Greene did not pay the filing fee nor submit a fee-waiver application.

On November 26, 2019, Green was ordered to either pay the filing fee or file a fee-waiver application. A copy of the order was sent to Greene at her temporary address in Massachusetts.

On December 6, 2019, Greene filed an Application to Proceed in District Court without Prepaying Fees or Costs. On January 3, 2020, the Application was denied as incomplete. Greene was ordered to either pay the filing fee or file a renewed and complete application by January 24, 2020.

At that time, a copy of the Order was sent to Greene at her Washington address. On February 4, 2020, a copy of the Order was sent to Greene at her temporary Massachusetts address.

To date, Greene has not responded to the court's order and the time to do so has expired. It is a long-established principle that this court has the authority to dismiss an action *sua sponte* for a party's failure to prosecute her action and her failure to follow the court's orders. Fed. R. Civ. P. 41(b). Here, dismissal is appropriate because without plaintiff's active participation, the court cannot effect the advancement of the case to a resolution on the merits.

Accordingly, for the failure to comply with the January 3, 2020 Electronic Order, this action is hereby dismissed without prejudice.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE